**U.S. Bankruptcy Court**
**Middle District of Florida**

In re:

**FREIDA R. LAUER**
Debtor

Bankruptcy Case No. 9:11-bk-11448-FMD

Adversary Proceeding No. 9:12-ap-00703-FMD

**FREIDA R. LAUER**
Plaintiff
v.
**FRONTIER AIRLINES, INC.**
Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>Sam M. Gibbons Federal Courthouse<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Rocco I. Debitetto<br>200 Public Square, Ste 2800<br>Cleveland, OH 44114 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: 07/30/2012

*Lu Ann Bennett*
Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***
Click here to receive the second page of the summons (certificate of service).
**This certificate must be filed with the court after service has been made on the parties.**

CSD 3007

## CERTIFICATE OF SERVICE

I, __Rocco I. Debitetto_____, certify that I am, and at all times during the
          (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __July 30, 2012_____ by:
    (date)

☒ Mail Service: **Certified Mail, Postage Prepaid to the following addresses:**

| Frontier Airlines, Inc. | Frontier Airlines, Inc. | Frontier Airlines, Inc. |
|---|---|---|
| 8909 Purdue Road, Suite 300 | Card Services | c/o Corporation Service Company |
| Indianapolis, IN 46268 | Attn: Legal Department | Registered Agent |
| | PO Box 13337 | 1201 Hays Street |
| | Philadelphia, PA 19101-3337 | Tallahassee, FL 32301-2525 |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__7/30/2012_____         __/s/ Rocco I. Debitetto_____
    Date                                                          Signature

| Print Name | **Rocco I. Debitetto, Esq.**<br>**Hahn Loeser & Parks LLP** |
|---|---|
| Business Address | **200 Public Square, Suite 2800** |
| City **Cleveland** | State **OH**    Zip **44114** |