UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                    Case No. 9:11−bk−11448−FMD
                                                          Chapter 11
Freida R. Lauer


    _____Debtor(s)_____/

Freida R. Lauer




    _____Plaintiff(s)_____
                                                          Adv. Pro. No. 9:12−ap−00703−FMD
vs.


Frontier Airlines, Inc.

Barclays Bank Delaware

    _____Defendant(s)_____/

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | Lee Ann Bennett , Clerk of Court<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602−3899 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Rocco I. Debitetto<br>Hahn Loeser & Parks LLP<br>200 Public Square, Ste 2800<br>Cleveland, OH 44114 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED August 13, 2012

Lee Ann Bennett , Clerk of Court
By Kathy Ray , Deputy Clerk



August 14, 2012

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of The amended complaint was made (date) by:

____   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

____   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

____   Residence Service: By leaving the process with the following adult at:

_____   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____   Publication: The defendant was served as follows: [Describe briefly]

_____   State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date                                                                Signature _____

Print Name :                                                      _____

Business Address:                                             _____
                                                                           _____