UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                    Case No. 9:11-bk-11448-FMD
                                          Chapter 11
Freida R. Lauer


_____Debtor(s)_____/

Freida R. Lauer



         Plaintiff(s)
                                          Adv. Pro. No. 9:12-ap-00703-FMD
vs.


Frontier Airlines, Inc.

Barclays Bank Delaware

_____Defendant(s)_____/

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | Lee Ann Bennett , Clerk of Court<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602-3899 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Rocco I. Debitetto<br>Hahn Loeser & Parks LLP<br>200 Public Square, Ste 2800<br>Cleveland, OH 44114 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED August 13, 2012


August 14, 2012

Lee Ann Bennett , Clerk of Court
By Kathy Ray , Deputy Clerk

# CERTIFICATE OF SERVICE

I, **Rocco I. Debitetto** _____(name), certify that service of this summons and a copy of The amended complaint was made (date) by:

**x**    **Certified Mail Service, Return Receipt Requested to Barclays Bank Delaware, 125 S. West Street, Wilmington, DE 19801, Barclays Bank Delaware, Card Services, PO Box 8801, Wilmington, DE 19899-8801, Frontier Airlines, Inc., 8909 Purdue Rd., Ste. 300, Indianapolis, IN 46268, Frontier Airlines, Inc., c/o Corporation Service Co., Registered Agent, 1201 Hays Street, Tallahassee, FL 32301-2525 and to Frontier Airlines, Inc., Card Services, PO Box 13337, Philadelphia, PA 19101-3337, Attn: Legal Department on the 14th day of August 2012.**

_____ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following adult at:

_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **August 24, 2012**        Signature **/s/ Rocco I. Debitetto**
                                                                **Rocco I. Debitetto**

Print Name :                          **Hahn Loeser & Parks LLP**
                                                   **200 Public Square, Suite 2800**
Business Address:                **Cleveland, Ohio 44114**
                                                   **Phone: (216) 621-0150**
                                                   **E-mail: ridebitetto@hahnlaw.com**