**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| _____ | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**MOTION FOR ENTRY OF DEFAULT AGAINST BARCLAYS BANK DELAWARE
PURSUANT TO FED. R. CIV. P. 55(A)**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as made applicable to these proceedings by Rule 7055 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Freida R. Lauer, the Reorganized Debtor ("Plaintiff"), by and through her undersigned counsel, hereby moves that the Clerk of the Court enter the default of Defendant Barclays Bank Delaware ("Defendant") on the following grounds:

1. On July 30, 2012, the Plaintiff filed this Adversary Proceeding, thereafter amending the complaint on August 10, 2012 (the "Amended Complaint").

2. Defendant was duly served with a copy of the alias summons in an adversary proceeding (the "Alias Summons") and Amended Complaint on August 14, 2012, by certified mail, return receipt requested (Docket No. 3), in compliance with Rule 7004,

*Federal Rules of Bankruptcy Procedure*.  Copies of the United States Post Office accepted Return Receipt cards evidencing service are attached hereto as <u>Exhibit A</u>.

3.  In accordance with the Alias Summons, Defendant was required to file its answer or responsive pleading on or before September 13, 2012.

4.  No extension of time was sought or obtained by Defendant and Defendant has failed to file an answer, motion or other defensive pleading or paper to the Amended Complaint filed in this Adversary Proceeding within the time allowed by law; and Defendant failed to serve copies of any such pleading or paper on Plaintiff's attorney as required by law.

WHEREFORE, the Plaintiff moves for entry of default against Defendant, a form of which is attached hereto as <u>Exhibit B</u>.

October 15, 2012                              Respectfully submitted,

<u>*/s/ Rocco I. Debitetto*</u>
Lee D. Powar (*Pro Hac Vice*)
Rocco I. Debitetto (*Pro Hac Vice*)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone:     (216) 621-0150
Facsimile:      (216) 241-2824
E-mail:          ldpowar@hahnlaw.com
                    ridebitetto@hahnlaw.com
*Counsel to the Reorganized Debtor*

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frontier Airlines, Inc.
8909 Purdue Road, Suite 300
Indianapolis, IN 46268

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jennifer Self_        ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   8/2/12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)   7007 3020 0003 1829 0732

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frontier Airlines, Inc.
c/o Corporation Service Company
Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nathan Huth_          ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Nathan Huth                    

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)   7007 3020 0003 1829 0862

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



English          Customer Service          USPS Mobile                                                    Register / Sign In

# ≡USPS.COM·

Search USPS.com or Track Packages

Quick Tools                    Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

## Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70073020000318290725 | | Delivered | August 16, 2012, 11:55 am | PHILADELPHIA, PA 19101 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 16, 2012, 10:10 am | PHILADELPHIA, PA 19101 | |
| | | Arrival at Unit | August 16, 2012, 9:11 am | PHILADELPHIA, PA 19104 | |

### Check on Another Item

What's your label (or receipt) number?

Find

LEGAL                           ON USPS.COM                 ON ABOUT.USPS.COM            OTHER USPS SITES
Privacy Policy ›                Government Services ›       About USPS Home ›            Business Customer Gateway ›
Terms of Use ›                  Buy Stamps & Shop ›         Newsroom ›                   Postal Inspectors ›
FOIA ›                          Print a Label with Postage ›Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›          Customer Service ›          Forms & Publications ›       Postal Explorer ›
                                Site Index ›                Careers ›

Copyright© 2012 USPS. All Rights Reserved.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

|  |  |  |
|---|---|---|
| Postage | $ | 1.10 |
| Certified Fee | | 2.95 |
| Return Receipt Fee (Endorsement Required) | | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | | |
| | | 6.40 |

7007 3020 0003 1829 0725

Frontier Airlines, Inc.
Card Services
PO Box 13337
Philadelphia, PA 19101-3337
Attn: Legal Department

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0003 1889 0879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank Delaware
Card Services
PO Box 8801
Wilmington, DE 19899-8801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0003 1889 0855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

English          Customer Service          USPS Mobile                                                          Register / Sign In

 **USPS.COM**                                                          Search USPS.com or Track Packages

Quick Tools                Ship a Package      Send Mail        Manage Your Mail          Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES        PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70073020000318290879 | | Delivered | August 17, 2012, 7:52 am | WILMINGTON, DE 19899 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 16, 2012, 11:42 am | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | August 16, 2012, 10:21 am | WILMINGTON, DE 19801 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.



English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM**                                            Search USPS.com or Track Packages

Quick Tools                Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES        PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70073020000318290855 | | Delivered | August 20, 2012, 7:29 am | WILMINGTON, DE 19899 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 17, 2012, 10:24 am | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | August 17, 2012, 9:46 am | WILMINGTON, DE 19801 | |

**Check on Another Item**

What's your label (or receipt) number?

                                                Find

LEGAL                          ON USPS.COM                    ON ABOUT.USPS.COM          OTHER USPS SITES
Privacy Policy ›               Government Services ›          About USPS Home ›          Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›            Newsroom ›                 Postal Inspectors ›
FOIA ›                         Print a Label with Postage ›   Mail Service Updates ›     Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›             Forms & Publications ›     Postal Explorer ›
                               Site Index ›                   Careers ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**ENTRY OF DEFAULT**

It appears from the record that Defendant Barclays Bank Delaware ("<u>Defendant</u>") failed to answer, plead or otherwise defend in this case as required by law.

Therefore, default is entered against Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Bankruptcy Court

_____                By:_____
Date                                              Deputy Clerk

Copies to:

CM/ECF parties

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, copies of the foregoing *Request for Entry of Default Against Barclays Bank Delaware Pursuant to Fed. R. Civ. P. 55(a)* were served upon the following parties by regular United States Mail, postage prepaid:

FRONTIER AIRLINES, INC.
8909 Purdue Road, Suite 300
Indianapolis, IN 46268,

FRONTIER AIRLINES, INC.
c/o Corporation Service Company,
Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

FRONTIER AIRLINES, INC.
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337
Attention: Legal Department,

BARCLAYS BANK DELAWARE
125 S. West Street
Wilmington, DE 19801

BARCLAYS BANK DELAWARE
Card Services
PO Box 8801
Wilmington, DE 19899-8801,

      /s/ Rocco I. Debitetto
*One of the Attorneys for the Plaintiff*