## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| FREIDA R. LAUER, | : |
| | : Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : |
| | : Judge Caryl E. Delano |
| | : |
| FREIDA R. LAUER, | : Adversary Case No. 9:12-ap-00703-FMD |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| FRONTIER AIRLINES, INC., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**NOTICE OF DISMISSAL OF FRONTIER AIRLINES, INC. WITHOUT PREJUDICE**

Freida R. Lauer, the Reorganized Debtor, by and through her undersigned counsel, pursuant to Bankruptcy Rule 7041 and Federal Rules of Civil Procedure 41 hereby dismisses the Amended Complaint without prejudice only insofar as it relates to claims and causes of action against Defendant Frontier Airlines, Inc.

October 15, 2012                                  Respectfully submitted,

                                                  */s/ Rocco I. Debitetto*
                                                  Lee D. Powar (*Pro Hac Vice*)
                                                  Rocco I. Debitetto (*Pro Hac Vice*)
                                                  HAHN LOESER & PARKS LLP
                                                  200 Public Square, Suite 2800
                                                  Cleveland, Ohio  44114
                                                  Telephone:    (216) 621-0150
                                                  Facsimile:    (216) 241-2824
                                                  E-mail:       ldpowar@hahnlaw.com
                                                                ridebitetto@hahnlaw.com
                                                  *Counsel to the Reorganized Debtor*

5070122.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2012, copies of the foregoing *Notice of Dismissal of Frontier Airlines, Inc. Without Prejudice* were served upon the parties set forth on the attached Service List and upon the following party by regular United States Mail, postage prepaid:

BARCLAYS BANK DELAWARE
Card Services
PO Box 8801
Wilmington, DE 19899-8801,

    /s/ Rocco I. Debitetto
*One of the Attorneys for the Plaintiff*

5070122.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:12-ap-00703-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Oct 15 14:50:00 EDT 2012 | Barclays Bank Delaware<br>125 S. West Street<br>Wilmington, DE 19801-5014 | Caryl E. Delano<br>Tampa<br>, FL |
| Frontier Airlines, Inc<br>P.O. Box 13337<br>Legal Department<br>Philadelphia, PA 19101-3337 | Frontier Airlines, Inc<br>c/o Corporation Service Company, Reg Age<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 | Frontier Airlines, Inc.<br>8909 Purdue Road, Suite 300<br>Indianapolis, IN 46268-3152 |
| Freida R. Lauer<br>3361 Creekview Drive<br>Bonita Springs, FL 34134-2625 | John S Sarrett +<br>Hahn Loeser & Parks LLP<br>800 Laurel Oak Drive, Suite 600<br>Naples, FL 34108-2705 | Rocco I. Debitetto +<br>Hahn Loeser & Parks LLP<br>200 Public Square, Ste 2800<br>Cleveland, OH 44114-2303 |

End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8