**[8DEFAULT]** [ENTRY OF DEFAULT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                            Case No. 9:11–bk–11448–FMD
                                                          Chapter 11

Freida R. Lauer

       Debtor(s)       /

Freida R. Lauer

       Plaintiff(s)

                                                     Adv. Pro. No. 9:12–ap–00703–FMD

vs.

Frontier Airlines, Inc.

Barclays Bank Delaware

       Defendant(s)       /

ENTRY OF DEFAULT

It appearing that the defendant, Barclays Bank Delaware , is in default, having failed to plead or otherwise defend in this cause as required by law, default is hereby entered against the defendant in accordance with Fed. R. Bankr. P. 7055.

DATED on October 16, 2012 .

                             Lee Ann Bennett , Clerk of Court
                             801 N. Florida Ave. Suite 555
                             Tampa, FL 33602–3899

                             By: ChrisT.
                             Deputy Clerk