**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| FREIDA R. LAUER, | : |
| | : Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : |
| _____ | : Judge Caryl E. Delano |
| | : |
| FREIDA R. LAUER, | : Adversary Case No. 9:12-ap-00703-FMD |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| FRONTIER AIRLINES, INC., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |

**MOTION FOR JUDGMENT BY DEFAULT**

Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Freida R. Lauer, the Reorganized Debtor ("Plaintiff"), by and through her undersigned counsel, moves this Court to enter a default judgment against Defendant Barclays Bank Delaware ("Defendant") and alleges as follows:

1.  On July 30, 2012, the Plaintiff filed this Adversary Proceeding, thereafter amending Plaintiff's complaint on August 10, 2012 (the "Amended Complaint").

2.  Defendant was duly served with a copy of the alias summons in an adversary proceeding (the "Alias Summons") and Amended Complaint on August 14, 2012, by certified mail, return receipt requested [Docket No. 3], in compliance with Rule 7004, *Federal Rules of Bankruptcy Procedure*. Copies of the United States Post Office

accepted Return Receipt green cards evidencing service are attached hereto as <u>Exhibit A</u>.

3.  In accordance with the Alias Summons, Defendant was required to file its answer or responsive pleading on or before September 13, 2012.

4.  No extension of time was sought or obtained by Defendant and Defendant has failed to file an answer, motion or other defensive pleading or paper to the Amended Complaint filed in this adversary proceeding within the time allowed by law; and Defendant has failed to serve copies of any such pleading or paper on Plaintiff's attorney as required by law.

5.  On October 15, 2012 Plaintiff moved for entry by the Bankruptcy Clerk of default against Defendant [Docket No. 7].

6.  On October 16, 2012 the Clerk of the Bankruptcy Court entered a clerk's default against Defendant [Docket No. 9].

**Satisfaction of the Requirements Pursuant to M.D. Fla. L.B.R. 7055-2**

7.  As stated herein, service was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure.

8.  Attached hereto as <u>Exhibit B</u> is the Affidavit of Rocco I. Debitetto in support of this Motion for Judgment by Default.

9.  An Affidavit of Non-Military Service regarding Defendant is not required to be filed with the Court.

WHEREFORE, Plaintiff requests that this Court grant this Motion and enter a default judgment against Defendant for failing to plead or otherwise defend as provided in the Federal Rules of Bankruptcy Procedure, and for such other and further relief as the Court deems

appropriate.  A form order granting motion for judgment by default is attached hereto as <u>Exhibit</u>

<u>C</u>.

Dated:  October 16, 2012                    Respectfully submitted,


                                            <u>*/s/ Rocco I. Debitetto*</u>
                                            Lee D. Powar (*Pro Hac Vice*)
                                            Rocco I. Debitetto (*Pro Hac Vice*)
                                            HAHN LOESER & PARKS LLP
                                            200 Public Square, Suite 2800
                                            Cleveland, Ohio  44114
                                            Telephone:     (216) 621-0150
                                            Facsimile:     (216) 241-2824
                                            E-mail:        ldpowar@hahnlaw.com
                                                           ridebitetto@hahnlaw.com

                                            *Counsel to the Reorganized Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2012, copies of the foregoing were served upon the parties set forth on the attached Service list and upon the following party by regular United States Mail, postage prepaid:

BARCLAYS BANK DELAWARE
Card Services
PO Box 8801
Wilmington, DE 19899-8801

/s/ Rocco I. Debitetto
*Counsel to Reorganized Debtor*

5045718.2

```
Label Matrix for local noticing        Barclays Bank Delaware           Caryl E. Delano
113A-9                                  125 S. West Street              Tampa
Case 9:12-ap-00703-FMD                  Wilmington, DE 19801-5014       , FL
Middle District of Florida
Ft. Myers
Tue Oct 16 20:15:43 EDT 2012

Freida R. Lauer                         John S Sarrett +               Rocco I. Debitetto +
3361 Creekview Drive                    Hahn Loeser & Parks LLP        Hahn Loeser & Parks LLP
Bonita Springs, FL 34134-2625           800 Laurel Oak Drive, Suite 600 200 Public Square, Ste 2800
                                        Naples, FL 34108-2705          Cleveland, OH 44114-2303


End of Label Matrix
Mailable recipients     5
Bypassed recipients     0
Total                   5
```

# EXHIBIT A

5045718.2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

metasource

☐ Agent
☑ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

70073020 0003 1839 0879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barclays Bank Delaware
Card Services
PO Box 8801
Wilmington, DE 19899-8801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

metasource

☐ Agent
☑ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

70073020 0003 1829 0855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70073020000318290879 | | Delivered | August 17, 2012, 7:52 am | WILMINGTON, DE 19899 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 16, 2012, 11:42 am | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | August 16, 2012, 10:21 am | WILMINGTON, DE 19801 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL                      ON USPS.COM                  ON ABOUT.USPS.COM            OTHER USPS SITES
Privacy Policy ›           Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                   Postal Inspectors ›
FOIA ›                     Print a Label with Postage › Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›        Postal Explorer ›
                           Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

English        Customer Service        USPS Mobile                                                Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70073020000318290855 | | Delivered | August 20, 2012, 7:29 am | WILMINGTON, DE 19899 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | August 17, 2012, 10:24 am | WILMINGTON, DE 19801 | |
| | | Arrival at Unit | August 17, 2012, 9:46 am | WILMINGTON, DE 19801 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| _____ | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF ROCCO I. DEBITETTO

STATE OF OHIO        )
                         )    SS:
COUNTY OF CUYAHOGA )

ROCCO I. DEBITETTO, being first duly sworn according to law, deposes and states as follows:

1.    I am more than twenty-one (21) years of age, and am competent to make this affidavit.

2.    I am a partner with the law firm of Hahn Loeser & Parks LLP in Cleveland, Ohio, which represents Freida R. Lauer, the Reorganized Debtor (the "Plaintiff"), in the above-captioned adversary proceeding. I have personal knowledge of all matters testified to herein.

3.    As set forth more fully in the Amended Complaint dated August 10, 2012 [Docket No. 4] (the "Complaint"), Defendant Barclays Bank Delaware ("Defendant"), is a party against which

affirmative relief, in the amount not less than $45,268.91, is sought by the Plaintiff, plus any pre- and post-judgment interest thereon to which Plaintiff is entitled including, without limitation, interest as provided pursuant to 28 U.S.C. §1961.

4.    The Amended Complaint and Alias Summons pertaining thereto (the "Summons") were served on Defendant by certified mail at its principal place of business on or about August 17, 2012, and at its Card Services address on or about August 20, 2012.  On August 24, 2012, Plaintiff filed the Certificate of Service certifying service.  *See Summons Service Executed* [Docket No. 6]  True and correct copies of the Summons and the associated certified mail cards for Defendant are attached as Exhibit A to the *Motion for Judgment by Default* and incorporated herein by reference.

5.    The date by which Defendant was to answer, plead, or otherwise defend was September 13, 2012.  As of the date hereof, Defendant has failed to answer, plead, or otherwise defend the Amended Complaint, or otherwise to seek an extension of Defendant's deadline to do so.

6.    Plaintiff has incurred not less than $1,750 in legal fees in connection with this action, which fees are reasonable based on the size and complexity of this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rocco I. Debitetto

SWORN TO and subscribed in my presence this 16th day of October 2012.

_____
Notary Public



COLLEEN M. BEITEL
Notary Public - State of Ohio
My Commission Expires
January 19, 2015

# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| _____ | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING DEBTOR'S MOTION FOR JUDGMENT BY DEFAULT

THIS CASE came before the Court on Debtor's *Motion for Judgment by Default* [Docket No. ___] (the "Motion"). The Court, after reviewing the Motion, and *Affidavit of Rocco I. Debitetto*, attached to the Motion as Exhibit A, has determined that the Motion should be granted.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. A Final Default Judgment will be entered in favor of Freida R. Lauer, Reorganized

Debtor, against the Defendant Barclays Bank Delaware.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on _____,

2012.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

5045718.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| _____ | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No**.** 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER GRANTING DEBTOR'S MOTION FOR JUDGMENT BY DEFAULT

THIS CASE came before the Court on Debtor's *Motion for Judgment by Default* [Docket

No. ___] (the "Motion").   The Court, after reviewing the Motion, and *Affidavit of Rocco I.*

*Debitetto*, attached to the Motion as Exhibit A, has determined that the Motion should be

granted.

Accordingly, it is ORDERED that:

1.   The Motion is GRANTED.

2.  A Final Default Judgment will be entered in favor of Freida R. Lauer, Reorganized

Debtor, against the Defendant Barclays Bank Delaware.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on _____,

2012.

_____
Caryl E. Delano
United States Bankruptcy Judge


Copies to be provided by CM/ECF service.