United States Bankruptcy Court
Middle District of Florida

Lauer,
    Plaintiff

Adv. Proc. No. 12-00703-FMD

Frontier Airlines, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-9    User: thomac    Page 1 of 2    Date Rcvd: Oct 16, 2012
                    Form ID: 8default    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2012.
dft       +Barclays Bank Delaware,   125 S. West Street,   Wilmington, DE 19801-5014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2012**        **Signature:** *Joseph Speetjens*

```
District/off: 113A-9           User: thomac              Page 2 of 2              Date Rcvd: Oct 16, 2012
                               Form ID: 8default         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2012 at the address(es) listed below:
        John S Sarrett    on behalf of Plaintiff Freida Lauer jsarrett@sarrettlaw.com,
         cmbeitel@hahnlaw.com
        Rocco I. Debitetto    on behalf of Plaintiff Freida Lauer ridebitetto@hahnlaw.com,
         cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com

                                                  TOTAL: 2

**[8DEFAULT]** [ENTRY OF DEFAULT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:11−bk−11448−FMD
Chapter 11

Freida R. Lauer

       Debtor(s)       /

Freida R. Lauer

Plaintiff(s)

Adv. Pro. No. 9:12−ap−00703−FMD

vs.

Frontier Airlines, Inc.

Barclays Bank Delaware

       Defendant(s)       /

ENTRY OF DEFAULT

It appearing that the defendant, Barclays Bank Delaware , is in default, having failed to plead or otherwise defend in this cause as required by law, default is hereby entered against the defendant in accordance with Fed. R. Bankr. P. 7055.

DATED on October 16, 2012 .

Lee Ann Bennett , Clerk of Court
801 N. Florida Ave. Suite 555
Tampa, FL 33602−3899

By: ChrisT.
Deputy Clerk