UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:  Case No. 9:11-bk-11448-FMD
Chapter 11

Freida R. Lauer,

        Debtor.
_____/

Freida R. Lauer,

        Plaintiff,

v.  Adv. No. 9:12-ap-00703-FMD

Barclays Bank Delaware,

        Defendant.
_____/

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

THIS PROCEEDING came on for consideration, without a hearing, of Plaintiff's Motion for Default Judgment (Doc. No. 10) (the "Motion") filed on October 16, 2012. After reviewing the Motion, the Court notes that Plaintiff has not complied with Local Rule 7055-2(a)(3) in that Plaintiff has not filed an affidavit in support of the allegations set forth in the complaint. Accordingly, it is

**ORDERED** that the Motion is denied, without prejudice to the re-filing of an amended motion for default judgment with an appropriate supporting affidavit.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on ___October 22, 2012___.

_____
Caryl E. Delano
United States Bankruptcy Judge