United States Bankruptcy Court
Middle District of Florida

Lauer,
        Plaintiff                                        Adv. Proc. No. 12-00703-FMD

Barclays Bank Delaware,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-9          User: manel          Page 1 of 2          Date Rcvd: Oct 22, 2012
                             Form ID: pdfdoc       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2012.
dft          +Barclays Bank Delaware,   125 S. West Street,   Wilmington, DE 19801-5014
pla          +Freida R. Lauer,   3361 Creekview Drive,   Bonita Springs, FL 34134-2625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Oct 24, 2012**                          **Signature:**    _Joseph Speetjens_

District/off: 113A-9           User: manel              Page 2 of 2             Date Rcvd: Oct 22, 2012
                               Form ID: pdfdoc          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2012 at the address(es) listed below:
          John S Sarrett    on behalf of Plaintiff Freida Lauer cmb@hahnlaw.com
          Rocco I. Debitetto    on behalf of Plaintiff Freida Lauer ridebitetto@hahnlaw.com,
           cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com
                                                                                        TOTAL: 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                          Case No. 9:11-bk-11448-FMD
                                                                Chapter 11
Freida R. Lauer,

        Debtor.
_____/

Freida R. Lauer,

        Plaintiff,

v.                                                              Adv. No. 9:12-ap-00703-FMD

Barclays Bank Delaware,

        Defendant.
_____/

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

THIS PROCEEDING came on for consideration, without a hearing, of Plaintiff's Motion for

Default Judgment (Doc. No. 10) (the "Motion") filed on October 16, 2012. After reviewing the

Motion, the Court notes that Plaintiff has not complied with Local Rule 7055-2(a)(3) in that

Plaintiff has not filed an affidavit in support of the allegations set forth in the complaint.

Accordingly, it is

**ORDERED** that the Motion is denied, without prejudice to the re-filing of an amended

motion for default judgment with an appropriate supporting affidavit.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____October 22, 2012_____.

_____
Caryl E. Delano
United States Bankruptcy Judge