IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2012, copies of the *Amended Motion for Judgment by Default* were served upon the parties set forth on the attached Service List and upon the following party by regular United States Mail, postage prepaid:

BARCLAYS BANK DELAWARE
Card Services
PO Box 8801
Wilmington, DE 19899-8801

Dated: October 25, 2012

*/s/ Rocco I. Debitetto*
Lee D. Powar (*Pro Hac Vice*)
Rocco I. Debitetto (*Pro Hac Vice*)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone:   (216) 621-0150
Facsimile:    (216) 241-2824
E-mail:       ldpowar@hahnlaw.com
              ridebitetto@hahnlaw.com

*Counsel to the Reorganized Debtor*

5094950.1

```
Label Matrix for local noticing      Barclays Bank Delaware              Caryl E. Delano
113A-9                               125 S. West Street                  Tampa
Case 9:12-ap-00703-FMD               Wilmington, DE 19801-5014           , FL
Middle District of Florida
Ft. Myers
Thu Oct 25 08:12:08 EDT 2012

Freida R. Lauer                      Rocco I. Debitetto +                John S Sarrett +
3361 Creekview Drive                 Hahn Loeser & Parks LLP             Hahn Loeser & Parks, LLP
Bonita Springs, FL 34134-2625        200 Public Square, Ste 2800         2532 East First Street
                                     Cleveland, OH 44114-2303            Fort Myers, FL 33901-2431


End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5
```