**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| FREIDA R. LAUER, : | |
| : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. : | |
| : | Judge Caryl E. Delano |
| : | |
| FREIDA R. LAUER, : | Adversary Case No. 9:12-ap-00703-FMD |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| FRONTIER AIRLINES, INC., *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER GRANTING DEBTOR'S AMENDED MOTION**
**FOR JUDGMENT BY DEFAULT**

THIS CASE came before the Court on Debtor's *Amended Motion for Judgment by Default* [Docket No. 14] (the "Motion"). The Court, after reviewing the Motion, and *Affidavit of Freida R. Lauer*, attached to the Motion as Exhibit B, has determined that the Motion should be granted.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

5045718.3

2. A Final Default Judgment will be entered in favor of Freida R. Lauer, Reorganized Debtor, against the Defendant Barclays Bank Delaware.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on  October 30, 2012, 2012.

*Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

5045718.3