United States Bankruptcy Court
Middle District of Florida

Lauer,
    Plaintiff

Adv. Proc. No. 12-00703-FMD

Barclays Bank Delaware,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-9　　　　User: thomac　　　　Page 1 of 2　　　　Date Rcvd: Oct 30, 2012
　　　　　　　　　　　　　　Form ID: pdfdoc　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2012.
dft　　　　+Barclays Bank Delaware,　125 S. West Street,　Wilmington, DE 19801-5014
pla　　　　+Freida R. Lauer,　3361 Creekview Drive,　Bonita Springs, FL 34134-2625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**　　　　　　　　　　**Signature:** _Joseph Speetjens_

```
District/off: 113A-9           User: thomac              Page 2 of 2               Date Rcvd: Oct 30, 2012
                               Form ID: pdfdoc           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2012 at the address(es) listed below:
        John S Sarrett    on behalf of Plaintiff Freida Lauer cmb@hahnlaw.com
        Rocco I. Debitetto    on behalf of Plaintiff Freida Lauer ridebitetto@hahnlaw.com,
        cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com
        TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| | : | Judge Caryl E. Delano |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING DEBTOR'S AMENDED MOTION
FOR JUDGMENT BY DEFAULT**

THIS CASE came before the Court on Debtor's *Amended Motion for Judgment by Default* [Docket No. 14] (the "Motion"). The Court, after reviewing the Motion, and *Affidavit of Freida R. Lauer*, attached to the Motion as Exhibit B, has determined that the Motion should be granted.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

5045718.3

2. A Final Default Judgment will be entered in favor of Freida R. Lauer, Reorganized Debtor, against the Defendant Barclays Bank Delaware.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on  October 30, 2012 , 2012.

*/s/ Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.