IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| FREIDA R. LAUER, | : |
| | : Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : |
| | : Judge Caryl E. Delano |
| | : |
| FREIDA R. LAUER, | : Adversary Case No. 9:12-ap-00703-FMD |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| FRONTIER AIRLINES, INC., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

**ORDER GRANTING MOTION FOR RELIEF FROM (A) CLERK'S ENTRY OF DEFAULT AND (B) ORDER GRANTING DEBTOR'S AMENDED MOTION FOR JUDGMENT BY DEFAULT**

**THIS CASE** came before the Court on the *Motion for Relief from (A) Clerk's Entry of Default and (B) Order Granting Debtor's Amended Motion for Judgment by Default* (the "Motion"). The Court, after reviewing the Motion has determined that the Motion should be granted.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3. The Entry of Default [Doc. No. 9] and the Default Order [Doc. No. 16] are hereby vacated without prejudice to Plaintiff.

5171214.1

4. To the extent not already issued, the Clerk of this Court is hereby authorized and directed to issue a further Alias Summons to Defendant.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on November 15, 2012.

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

Copies to:  BARCLAYS BANK DELAWARE, Card Services, Attn:  Legal Department, PO Box 8801, Wilmington, DE 19899-8801

BARCLAYS BANK DELAWARE, Card Services, Attn:  President, PO Box 8801, Wilmington, DE 19899-8801

BARCLAYS BANK DELAWARE, Attn:  Legal Department, 125 S. West Street, Wilmington, DE 19801-5014

BARCLAYS BANK DELAWARE, Attn:  President, 125 S. West Street, Wilmington, DE 19801-5014

5171214.1