United States Bankruptcy Court
Middle District of Florida

Lauer,
    Plaintiff

Adv. Proc. No. 12-00703-FMD

Barclays Bank Delaware,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-9        User: thomac              Page 1 of 2             Date Rcvd: Nov 15, 2012
                            Form ID: pdfdoc           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2012.
dft         +Barclays Bank Delaware,    125 S. West Street,   Wilmington, DE 19801-5014
pla         +Freida R. Lauer,    3361 Creekview Drive,   Bonita Springs, FL 34134-2625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 113A-9          User: thomac              Page 2 of 2              Date Rcvd: Nov 15, 2012
                              Form ID: pdfdoc           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2012 at the address(es) listed below:
        John S Sarrett   on behalf of Plaintiff Freida Lauer cmb@hahnlaw.com
        Rocco I. Debitetto   on behalf of Plaintiff Freida Lauer ridebitetto@hahnlaw.com,
         cmbeitel@hahnlaw.com;hlpcr@hahnlaw.com

                TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FREIDA R. LAUER, | : | |
| | : | Case No. 9-11-bk-11448 |
| Reorganized Debtor. | : | |
| | : | Judge Caryl E. Delano |
| | : | |
| FREIDA R. LAUER, | : | Adversary Case No. 9:12-ap-00703-FMD |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| FRONTIER AIRLINES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM (A) CLERK'S ENTRY OF
DEFAULT AND (B) ORDER GRANTING DEBTOR'S AMENDED MOTION FOR
JUDGMENT BY DEFAULT**

**THIS CASE** came before the Court on the *Motion for Relief from (A) Clerk's Entry of Default and (B) Order Granting Debtor's Amended Motion for Judgment by Default* (the "Motion"). The Court, after reviewing the Motion has determined that the Motion should be granted.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3. The Entry of Default [Doc. No. 9] and the Default Order [Doc. No. 16] are hereby vacated without prejudice to Plaintiff.

5171214.1

4. To the extent not already issued, the Clerk of this Court is hereby authorized and directed to issue a further Alias Summons to Defendant.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on November 15, 2012.

*Caryl E. Delano*

Caryl E. Delano
United States Bankruptcy Judge

Copies to:  BARCLAYS BANK DELAWARE, Card Services, Attn:  Legal Department, PO Box 8801, Wilmington, DE 19899-8801

BARCLAYS BANK DELAWARE, Card Services, Attn:  President, PO Box 8801, Wilmington, DE 19899-8801

BARCLAYS BANK DELAWARE, Attn:  Legal Department, 125 S. West Street, Wilmington, DE 19801-5014

BARCLAYS BANK DELAWARE, Attn:  President, 125 S. West Street, Wilmington, DE 19801-5014

5171214.1