UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:   Chapter 11

FREIDA R. LAUER   CASE NO. 9:11-bk-11448-FMD

    Debtor.
_____/

FREIDA R. LAUER,

    Plaintiff,

vs.   ADVERSARY NO. 9:12-ap-00703-FMD

FRONTIER AIRLINES, INC. and
BARCLAYS BANK DELAWARE,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Fentrice D. Driskell of Carlton Fields, P.A. enters her appearance as counsel for Barclays Bank Delaware. Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Fentrice D. Driskell, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

/s/  Fentrice D. Driskell
Robert M. Quinn
Florida Bar No. 305898
Fentrice D. Driskell
Florida Bar No. 0833851
E-mail: rquinn@carltonfields.com
E-mail: fdriskell@carltonfields.com
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000

26080929.1

                                        Facsimile:  (813) 229-4133
                                        Attorneys for Barclays Bank Delaware

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **February 19, 2013**, I electronically filed the foregoing Notice of Appearance with the Clerk of Court, and served the foregoing either by electronic transmission or by U.S. first class mail postage prepaid on the following:

John S. Sarrett, Esq.
Hahn Loeser & Parks, LLP
2532 E. First St.
Fort Myers, FL  33901
Attorneys for Plaintiff/Debtor
 (*via electronic mail*)

                                        /s/  Fentrice D. Driskell
                                        Fentrice D. Driskell
                                        Florida Bar No. 0833851