# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| FREIDA R. LAUER, | : |
| | : Case No. 9-11-bk-11448 |
|     Reorganized Debtor. | : |
| | : Judge Caryl E. Delano |
| | : |
| FREIDA R. LAUER, | : Adversary Case No. 9:12-ap-00703-FMD |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| FRONTIER AIRLINES, INC., *et al.*, | : |
| | : |
|     Defendants. | : |
| | : |
| | : |

## NOTICE OF DISMISSAL OF BARCLAYS BANK DELAWARE
## WITHOUT PREJUDICE

Freida R. Lauer, the Reorganized Debtor, by and through her undersigned counsel, pursuant to Bankruptcy Rule 7041 and Federal Rules of Civil Procedure 41 hereby dismisses the Complaint without prejudice as it relates to *Barclays Bank Delaware*.

| | |
|---|---|
| February 19, 2013 | Respectfully submitted, |
| | |
| | */s/ Rocco I. Debitetto* |
| | Lee D. Powar (*Pro Hac Vice*) |
| | Rocco I. Debitetto (*Pro Hac Vice*) |
| | HAHN LOESER & PARKS LLP |
| | 200 Public Square, Suite 2800 |
| | Cleveland, Ohio  44114 |
| | Telephone:     (216) 621-0150 |
| | Facsimile:     (216) 241-2824 |
| | E-mail:     ldpowar@hahnlaw.com |
| |     ridebitetto@hahnlaw.com |
| | *Counsel to the Plaintiff* |

5451254.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, copies of the foregoing *Notice of Dismissal of Barclays Bank Delaware Without Prejudice* were served upon the parties identified on the attached Service List by United States Mail, postage prepaid.

 /s/ Rocco I. Debitetto
*One of the Attorneys for the Plaintiff*

5451254.1

```
Label Matrix for local noticing      Barclays Bank Delaware              Caryl E. Delano
113A-9                               125 S. West Street                  Tampa
Case 9:12-ap-00703-FMD               Wilmington, DE 19801-5014           , FL
Middle District of Florida
Ft. Myers
Tue Feb 19 09:50:56 EST 2013

Freida R. Lauer                      Fentrice D Driskell +               Rocco I. Debitetto +
3361 Creekview Drive                 Carlton Fields, P.A.                Hahn Loeser & Parks LLP
Bonita Springs, FL 34134-2625        Post Office Box 3239                200 Public Square, Ste 2800
                                     Tampa, FL 33601-3239                Cleveland, OH 44114-2303


John S Sarrett +                     End of Label Matrix
Hahn Loeser & Parks, LLP             Mailable recipients    6
2532 East First Street               Bypassed recipients    0
Fort Myers, FL 33901-2431            Total                  6
```